# MINUTE ORDER

Page 4

## Magistrate Judge Alicia M. Otazo-Reyes
### Atkins Building Courthouse - 10th Floor

Date: 7/16/2018   Time: 2:00 p.m.

Defendant: 2) JORGE OSORIO RODRIGUEZ   J#: 18910-104   Case #: 18-20581-CR-SCOLA
AUSA: Daniel Marcet   Attorney: David Donet, Jr. - temp
Violation: CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES   Surr/Arrest Date: 7/16/2018   YOB: 1983

Proceeding: Initial Appearance   CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond: 200k 5%
Bond Set at: STD 200k 5%   Co-signed by: Girlfriend - Christina Brimus

☑ Surrender and/or do not obtain passports/travel docs   Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☑ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☑ No firearms + surrender concealed weapons permit

☐ Not to encumber property

☑ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☑ Other: Not to be employed in tax preparation business

Disposition:
*NO AFPD APPT TO CO-DEFTS

Counsel filed a temporary notice of appearance

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 7/27
PTD/Bond Hearing: _____   10:00 a.m.   Duty   Miami
Prelim/Arraign or Removal: 7/27
Status Conference RE: _____
D.A.R. 14:17:59, 14:34:52   Time in Court: 8 min

s/Alicia M. Otazo-Reyes
Magistrate Judge